IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| LUCAS CABRERA-HERNANDEZ, | § § § | |
| *Petitioner,* | § § § | 5:25-CV-01094-FB-RBF |
| vs. | § § § | |
| BOBBY THOMPSON, WARDEN, SOUTH TEXAS IMMIGRATION PROCESSING CENTER; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; SYLVESTER M ORTEGA, ACTING DIRECTOR OF SAN ANTONIO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND PAMELA BONDI, ATTORNEY GENERAL OF THE UNITED STATES; | § § § § § § § § § § § § § § § § § | |
| *Respondents.* | | |

## ORDER DIRECTING SERVICE AND ANSWER/RESPONSE

On September 2, 2025, Petitioner Lucas Cabrera-Hernandez, by and through counsel, filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. Dkt. No. 1.

The Court hereby **ORDERS** Respondents to file a Response to the Petition **within thirty (30) days of the date of service**. The Court further **ORDERS** that Petitioner may file a Reply, if desired, within fourteen **(14) days of the filing of the Response**.

**IT IS FURTHER ORDERED** that that the District Clerk shall furnish the Office of the United States Attorney in San Antonio, Texas, with copies of the Petition for Writ of Habeas Corpus, Dkt. No. 1, and this Order, and that such delivery by certified mail return receipt requested shall constitute sufficient service of process on Respondents Todd M. Lyons, Acting

Director of U.S. Immigration and Customs Enforcement; Sylvester M. Ortega, San Antonio Field Office Acting Director of U.S. Immigration and Customs Enforcement; Kristi Noem, U.S. Department of Homeland Security; and Pam Bondi, Attorney General of the United States. *See* Fed. R. Civ. P. 4(i). Service should be directed to Stephanie Rico, the Civil Process Clerk for the United States Attorney's Office, Western District of Texas, 601 N.W. Loop 410, Suite 600, San Antonio, Texas 78216.

**IT IS FURTHER ORDERED** that the Clerk of Court shall serve Respondent Bobby Thompson, Warden, South Texas ICE Processing Center, 566 Veterans Drive, Pearsall, Texas 78061, with copies of the Petition for Writ of Habeas Corpus, Dkt. No. 1, and this Order, and that such delivery by certified mail return, receipt requested, will constitute sufficient service of process.

**IT IS SO ORDERED.**

SIGNED this 10th day of September, 2025.

_____
RICHARD B. FARRER
UNITED STATES MAGISTRATE JUDGE