IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LUCAS CABRERA-HERNANDEZ, § § *Petitioner*, § § v. § § BOBBY THOMPSON, Warden, South § Texas Immigration Processing Center; § SYLVESTER M. ORTEGA, Acting § Director of San Antonio Field Office, § U.S. Immigration and Customs § Enforcement; TODD LYONS, § in his official capacity as § Acting Director of Immigration § and  Customs Enforcement; § KRISTI NOEM, Secretary of the § U.S. Department of Homeland Security; § Security; and PAMELA BONDI, § Attorney General of the United § States, in their official capacities, § § *Respondents*. § | CIVIL ACTION NO. SA-25-cv-01094-FB |

## ORDER OF DISMISSAL WITHOUT PREJUDICE AND JUDGMENT

Before the Court is the Notice of Stipulated Voluntary Dismissal Pursuant to Rule 41(a)(1)(ii), filed by the parties on October 29, 2025. (Docket no. 11). On September 2, 2025, Petitioner filed his petition for a writ for habeas corpus, challenging the legality of the 8 C.F.R. Sec. 1003.19(i)(2), used to "automatically" prevent execution of an immigration judge ("I.J.")'s order of release from immigration detention on bond, pending the Department of Homeland Security ("DHS")'s appeal of the I.J.'s order of release on bond to the Board of Immigration Appeals ("BIA"). On October 21, 2025, the BIA made a decision granting DHS's appeal, vacating the I.J.'s order of Petitioner's release on bond. Thus, Petitioner's challenge to the legality of the automatic stay regulations is moot. The parties stipulate that this case is voluntarily dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii).

ACCORDINGLY, IT IS ORDERED, ADJUDGED and DECREED that, pursuant to the stipulation signed by the parties (docket no. 11) and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned petition for writ of habeas corpus is DISMISSED WITHOUT PREJUDICE.

IT IS FINALLY ORDERED, ADJUDGED and DECREED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 30th day of October, 2025.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE